# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

JOYCE WALKER,                )

                          )

     Plaintiff,           )

                          )    CIVIL ACTION FILE

v.                      )

                          )    NO. 4:17-CV-00045-WTM-GRS

HYUNDAI CAPITAL AMERICA,   )

INC. d/b/a HYUNDAI MOTOR     )

FINANCE,                )

                          )

     Defendant.        )

## ORDER STAYING DISCOVERY

Before the Court is the Joint Motion of Defendant Hyundai Capital America, Inc. d/b/a/ Hyundai Motor Finance ("Hyundai" or "Defendant") and Plaintiff Joyce Walker ("Ms. Walker" or "Plaintiff") (collectively, the "Parties") for a Stay of Discovery (the "Motion") [Doc. 15]. Upon review of the Motion, and it appearing to the Court that:

(i)    The Parties are in agreement and request a stay of discovery pending the Court's ruling on Hyundai's Motion to Compel Arbitration [Doc. 13]; and

(ii)    The Parties' request for a stay of discovery is not interposed for delay; and

(iii)    Good cause exists to stay discovery to avoid unnecessary expense resolving disputes over such discovery and to avoid the expiration and lapsing of deadlines; and

(iv)    The requested stay of discovery being warranted and otherwise just and proper;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is GRANTED and discovery in this case is STAYED until such time as the Court rules on Defendant Hyundai's Motion to Compel Arbitration and/or otherwise directs the Parties.

**SO ORDERED** this __18th___ day of ____July_____, 2017.

_____

G. R. SMITH
UNITED STATES MAGISTRATE
SAVANNAH DIVISION

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

Order prepared and presented by:


 /s/ Monica K. Gilroy
Monica K. Gilroy
monica.gilroy@gilroyfirm.com
Georgia Bar No. 427520
**Attorney for Defendant**
**Hyundai Capital America, Inc.**
**d/b/a Hyundai Motor Finance**
GILROY BAILEY TRUMBLE LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel:  (678) 280-1922
Fax: (678) 280-1923